UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00506-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CRAIG A. HICKMAN,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on Wednesday, November 24, 2010.  The final trial preparation conference set for Friday, December 10, 2010, at 3:00 p.m. AND the two-day jury trial set for Monday, December 27, 2010, at 9:00 a.m. are **VACATED**.

      A Change of Plea hearing is set for **Tuesday, January 4, 2011, at 4:30 p.m.** Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  December 9, 2010