IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CRAIG A. HICKMAN,

    Defendant.

---

ORDER

---

The Court, having considered the Government's Motion to Dismiss, it is hereby

ORDERED that Government's Motion to Dismiss (ECF Doc. #25), filed March 31, 2011, is **GRANTED**.  It is further

ORDERED that Counts 2 through 7 and 9 through 24 of the Indictment are dismissed.

Dated this 27th day of April, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE